MARY HORAN, as Administratrix of the Estate of DAVID HORAN, Deceased, Appellant, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

Reported below, 171 App. Div. 180,
(Argued November 20, 1916; decided November 28, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 28, 1916, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*J. W. Carpenter* for motion.

*L. F. Fish* opposed.

Motion denied, with ten dollars costs.